NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DAVID ROLON, DOC #T64080,                )
                                         )
            Appellant,                   )
                                         )
v.                                       )        Case No. 2D17-3536
                                         )
STATE OF FLORIDA,                        )
                                         )
            Appellee.                    )
                                         )
_____  )

Opinion filed February 22, 2019.

Appeal from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

David Rolon, pro se.

Ashley Moody, Attorney General,
Tallahassee, and C. Suzanne Bechard,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

            Affirmed.


SILBERMAN, SALARIO, and ATKINSON, JJ., Concur.